## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 763 CAP |
| | : | |
| Appellee | : | Appeal from the Judgment of |
| | : | Sentence entered February 28, |
| | : | 1994 in the Court of Common Pleas, |
| v. | : | Philadelphia County, Criminal |
| | : | Division at Nos. CP-51-CR- |
| | : | 1035061-1991.  (Nunc Pro Tunc |
| AARON JONES, | : | appeal rights reinstated on |
| | : | December 14, 2017) |
| Appellant | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 21ᵗʰ day of September, 2020, the appeal is **QUASHED**.  *See Commonwealth v. Reid*, ___ A.3d ___, 2020 WL 4803596 (Pa. filed Aug. 18, 2020) (quashing serial appeal after concluding *Williams v. Pennsylvania*, ___ U.S. ___, 136 S.Ct. 1899 (2016), does not provide exception to timeliness requirements of Post-Conviction Relief Act (PCRA), 42 Pa.C.S. §§9541-9546, and thus PCRA court lacked jurisdiction to reinstate appellate rights *nunc pro tunc*).

Justice Donohue files a concurring statement.

Justice Wecht files a concurring statement.

Judge Dubow files a concurring statement.